UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTIEREY SHERRY,

        Petitioner,

  v.

JEFF LYNCH, Warden,

        Respondent.

Case No. 23-cv-00026-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal; and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: July 5, 2023

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge